SUTPHIN PARK REALTY CORPORATION, Appellant, v. BENJAMIN F. KNOWLES and THEODORE J. VAN HOREN, Respondents.— Order granting motion to direct plaintiff to reply reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the ground that a reply is not necessary. Lazansky, P. J., Young, Kapper, Seeger and Scudder, JJ., concur.

SUTPHIN PARK REALTY CORPORATION, Appellant, v. THEODORE J. VAN HOREN, Respondent. — Order granting defendant's motion for a bill of particulars reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the ground that there are no unusual cir-

cumstances involved requiring a departure from the rule not to direct a bill of particulars of the claim of payment. (*Larned* v. *Sibley*, 223 App. Div. 862.) Lazansky, P. J., Young, Kapper, Seeger and Scudder, JJ., concur.